**Electronically Filed
Supreme Court
SCWC-19-0000342
06-MAY-2024
08:44 AM
Dkt. 11 ODAC**

SCWC-19-0000342

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANTONIO CUPO and DOROTHY WANG,
Respondents/Plaintiffs-Appellants,

vs.

ALIOMANU SAND CASTLES, LLC,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000342; CASE NO. 5CC171000084)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellee Aliomanu Sand Castles, LLC's Application for Writ of Certiorari filed on March 15, 2024, is rejected.

DATED:  Honolulu, Hawaiʻi, May 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

